ISRAEL v. ISRAEL. (Circuit Court, E. D. Pennsylvania. February 6, 1905.) No. 24. Overruling Motion for Judgment for Want of a Sufficient Affidavit of Defense. See 130 Fed. 237. Beck & Robinson, for plaintiff. David Wallerstein, for defendant.

HOLLAND, District Judge. The motion for judgment for want of a sufficient affidavit of defense cannot be sustained. The defense set up in the affidavit raises issues of fact which should be submitted to a jury, and, if proven to the satisfaction of the jury, the defendant may be entitled to a verdict, and the questions of law which must be considered by the court can be passed upon more intelligently after a full discovery of all the facts. Motion for judgment for want of a sufficient affidavit of defense is overruled.

---

JOHN DONAT & CO. v. UNITED STATES. (Circuit Court, S. D. New York. June 4, 1903.) No. 3,180. On Application for Review of a Decision of the Board of United States General Appraisers. Howard T. Walden, for petitioners. Henry C. Platt, Asst. U. S. Atty.

HAZEL, District Judge. Decision reversed, without argument or written opinion. For decision under review, see G. A. 4,876, T. D. 22,843, which affirmed the assessment of duty by the collector of customs at the port of New York on merchandise imported by John Donat & Company.

---

THE DORCHESTER. THE THORNHILL. (Circuit Court of Appeals, Fourth Circuit. November 15, 1904.) No. 509. Appeal from the District Court of the United States for the District of Maryland. Robert H. Smith and Daniel H. Hayne (Miles & Gorman, Isaac T. Parks, and S. F. Foutz, on the brief), for appellants. T. Wallis Blakistone and J. Parker Kirlin, for appellee. Before GOFF, Circuit Judge, and BRAWLEY and PURNELL, District Judges.

PER CURIAM. This is an appeal from a decree of the District Court of the United States for the District of Maryland, entered July 2, 1903 (121 Fed. 889), by which the American steamship Dorchester was held solely to blame for a collision with the British steamship Thornhill. The opinion of the court below, in which the facts are fully stated, is found in 121 Fed. 889. The decree complained of is without error, and the opinion of the court below, in reaching the conclusion that the Dorchester was wholly to blame, has our approval. Affirmed.